

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor

**The following constitutes the order of the Court.
Signed: July 16, 2021**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 21-40605 |
| KIMMY LY, | Chapter 7 |
| Debtors. | **ORDER** |

On July 14, 2021, Debtor filed an ex parte Motion to re-set the hearing on her reaffirmation agreement with Creditor Exeter Financial, LLC.  Good cause appearing, the Court will hold a hearing on the Reaffirmation Agreement on July 23, 2021 at 11:00 a.m., via Tele/Videoconference – Information on court procedures can be found at http://www.canb.uscourts.gov/calendar.

**** END OF ORDER ****

**SERVICE LIST**

NONE