CLERK'S NOTICE RE Law and Motion Calendar via Zoom Webinar
HEARING TO BE CONDUCTED VIA VIDEO CONFERENCE on **July 23, 2021 at 11:00 A.M.**, will be conducted by Judge Charles Novack through Zoom Webinar.

**Please click the link below to join the webinar:**
https://www.zoomgov.com/j/1607859346?pwd=M3BnMVAvYkhtQVlwbnQ1NzJuc0VVdz09
**Passcode: 685289**

**Joining by phone is listen only. You cannot be seen or be heard.**
Dial(for higher quality, dial a number based on your current location):
US: +1 669 254 5252  or +1 669 216 1590  or +1 551 285 1373  or +1 646 828 7666
**Webinar ID: 160 785 9346**
**Passcode: 685289**
International numbers available: https://www.zoomgov.com/u/acyD3PwcqI

*PLEASE READ THE INSTRUCTIONS BEFORE HEARING*

All Parties (Debtors, Attorneys, Creditors) must wear business casual attire.
Effective March 1, 2021, Attendee name MUST be entered as follows:
Line Item number(s) for the case(s) you are appearing on, Your Full Name and Case Number(s)
**Example:  #0 – Full Name XX-XXXXX**
For Security Purposes, you WILL NOT be permitted to appear if your name is not displayed properly.

*IMPORTANT NOTICE TO THE MEDIA AND PUBLIC*

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.
A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *
Please see https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference  for information on preparing for and
participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

---

* General Order 38 (Seventh Amended): Matters Pending In The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III